PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Jahfari Harrison

Docket No. 06-45 ~~03-8084~~

Petition for Action on Conditions of Pretrial Release

COMES NOW **William Sobchik**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Jahfari Harrison**, who was placed under pretrial release supervision by the Honorable **Susan D. Wigenton** sitting in the Court at Newark, New Jersey, on October 23, 2003 under the following conditions:

**1. Twenty four hour house arrest with electronic monitoring.**
**2. Travel restricted to New Jersey**
**3. Drug testing and treatment.**

**On August 29, 2005, his bail was modified by releasing the property used to secure his bond, and having the defendant's brother, Tafari Harrison, co-sign the bond.**

Respectfully presenting petition for action of Court and for cause as follows: (See attached)

PRAYING THAT THE COURT WILL ORDER: The defendant be placed on twenty four hour home confinement with exceptions for Court appearances meetings with counsel and medical needs.

ORDER OF COURT

Considered and ordered this 30th day of JAN , 2006 and ordered filed and made a part of the records in the above case.

Honorable Katharine S. Hayden
United States District Judge

Respectfully,

William Sobchik
U.S. Pretrial Services Officer
P.O. Box 20240
Newark, New Jersey 07102

Date: January 30, 2006

On November 10, 2005 the defendant contacted Pretrial Services and informed the undersigned that he would be starting a new job on November 21, 2005. The employment would be with Iron Mountain, 207 Moonachie Road, Moonachie, New Jersey. The defendant's reported hours would be Monday to Friday from 8:00 AM to 5:30 pm. Verification of this employment was received on November 11, 2005 and defendant was given time out of his residence Monday to Friday from 7:00AM to 6:30PM. On December 12, 2005 Pretrial Services received a fax from Ms Ash at the Berney Center 74 Halsted Street, East Orange, New Jersey. The fax indicated the defendant would attend a General Equivalency Degree program, on Tuesdays and Thursdays from 5:00PM to 8:00 PM. This program was to start on December 13, 2005. The defendant was granted additional time out until 9:00 PM on Tuesdays and Thursdays to attend this program.

On January 19, 2006, Pretrial Services conducted an employment visit at the defendant's approved employer, Iron Mountain, 207 Moonachie Road, Moonachie, New Jersey. At that time the undersigned met with Jeff Stone, General Manager at Iron Mountain. Mr Stone informed Pretrial Services that the defendant's last date of employment was January 16, 2006. On that date, he worked morning hours only. The electronic monitoring report reflects that he returned to his residence at 5:13 PM on that date. The defendant had never informed Pretrial Services of the change in his employment status.

On January 20, 2006 the defendant appeared before the Court to enter a plea of guilty to a one count information charging possession with intent to distribute a quantity of heroin. At this hearing Your Honor was informed of the above violation. As a result the defendant's employment and education privileges were suspended and the Court ordered Pretrial Services to conduct an investigation as to the defendant's attendance at work and school.

On January 20, 2006 Pretrial Services met with Ms Trisha Ward of the Premier Group Staffing Service, 47 Orient Way Second Floor Rutherford, New Jersey. The defendant was placed at Iron Mountain by this Agency. At this meeting the defendant's time sheets from November 11, 2005 until January 15, 2006 were obtained. Pretrial Services also met with Ms Ash, the defendant's teacher at the Berney Center. She verified that the defendant attended classes there on December 13, 2005, December 15, 2005, December 20, 2005, January 12, 2006 and January 17, 2005. She noted that the center was on winter break between December 22, 2005 to January 10, 2006.

The defendants time sheets from November 7, 2005 to January 16, 2006 and school attendance records were cross referenced with electronic monitoring reports from the same date range. The following discrepancies were noted:

On November 21, 2005 the defendant worked from 7:30 AM until 2:00 PM. On that day the defendant was out of his residence from 6:57 AM until 3:00 PM and from 3:20 PM until 8:40 PM.

On November 22, 2005 the defendant worked from 7:30 AM until 1:00 PM. On that day the defendant was out of his residence from 7:05 AM until 6:11PM.